668

## In re Estate of Virgil M. Brand, Deceased. Horace L. Brand, Appellant, v. Armin W. Brand, Appellee.

Gen. No. 41,356.

opinion filed December 27, 1940. Ernest Schein and Ernest Saunders, for appellant; McInerney, Epstein & Arvey, for appellee; John L. McInerney and Elmer Gertz, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''